**Order entered January 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01582-CV

### IN THE INTEREST OF K.A.F., D.A.F. AND A.L.F., Children

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-18472-Z**

## ORDER

Before the Court is appellant's January 24, 2013 motion to extend time to file appellant's brief. We **GRANT** appellant's motion. Appellant's brief received by the Court on January 24, 2013 is **ORDERED** filed as of the date of this order.

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE